IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-811-GPM |
| BOOS PLUMBING & HEATING COMPANY, | )<br>) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, on a motion for voluntary dismissal with prejudice filed by Plaintiff.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 2/11/09

                                              KEENAN G. CASADY, CLERK

                                              By: s/ Linda M. McGovern
                                                          Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                  G. Patrick Murphy
                  United States District Judge